Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiff,
Ramona Kenney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This document relates to:<br><br>RAMONA KENNEY<br>Individual Case No. C06-0153 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6238 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Ramona Kenney, originally filed in the Central District of California, Case Number CV 05-6238 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0153 CRB, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.

1     The parties shall each bear their own costs.

2

3   Dated: December 1, 2006     ROBINSON, CALCAGNIE & ROBINSON

4

5

6                                         Mark P. Robinson, Jr., SBN054426
                                        mrobinson@rcrlaw.net

7                                         Carlos A. Prietto, III, SBN 166410
                                        cprietto@rcrlaw.net

8                                         Ted B. Wacker, SBN 157416
                                        twacker@rcrlaw.net

9                                         620 Newport Center Drive, 7th Floor
                                        Newport Beach, CA 92660

10                                      Telephone: (949) 720-1288
                                       Fax: (949) 720-1292

11                                              -AND-

12                                      Samuel M. Wendt, MO #53573
                                     David Peterson, MO #32229

13                                      PETERSON & ASSOCIATES, P.C.
                                     801 West 47th Street, Suite 107

14                                      Kansas City, MO 64112-1253
                                     Telephone: (816) 531-4440

15                                      Fax: (816) 531-0660

16                                      *Counsel for Plaintiff*
                                     Ramona Kenney

17

18

19   Dated: December 3, 2006     GORDON & REES

20

21

22                                      Stuart M. Gordon, Esq.
                                     sgordon@gordonrees.com

23                                      Embarcadero Center West
                                     275 Battery Street, 20th Floor

24                                      San Francisco, CA 94111
                                     Telephone: (415) 986-5900

25                                      Fax: (415) 986-8054

26                                      *Defendants' Liaison Counsel*

27

28

STIPULATION AND ORDER OF DISMISSAL

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: Dec. 08, 2006                    HONORABLE CHARLES R. BREYER



4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28